301

Karin (Perkins) WELCH, Appellant,

v.

Michael PERKINS, Respondent.

No. WD 40093.

Missouri Court of Appeals,
Western District.

Sept. 13, 1988.

Paul Schmidtlein and Russell S. Dameron, Kansas City, for appellant.

Michael J. Svetlic, Kansas City, for respondent.

Before TURNAGE, P.J., and
SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

Appellant appeals from an order of the trial court denying her motion to modify a decree of dissolution of marriage to award her custody of the minor child.

The order is affirmed. Rule 84.16(b).